AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2024

SEAN F. McAVOY, CLERK

CHAD AND KRISTINA INGALLS,
husband and wife, and C.I., their minor daughter )
_Plaintiff_ )
v. )          Civil Action No.  2:23-CV-0154-TOR
)
AMERICAN FAMILY MUTUAL )
INSURANCE COMPANY, a
Wisconsin corporation
_Defendant_

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, the claims asserted in this action are DISMISSED with prejudice.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge      THOMAS O. RICE

Date:  3/7/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham